STEPHEN P. WILEY, City Attorney
Tom R. Shapiro, Assistant City Attorney
State Bar Nos. 84517, 127383
Post Office Box 1990
Santa Barbara, California 93102-1990
(t)   (805) 564-5326 (f) (805) 897-2532
(e)   tshapiro@santabarbaraca.gov

Attorneys for City Defendants: City of
Santa Barbara, Santa Barbara Police Department,
E. Ruiz, and T. Van Eyck

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION – LOS ANGELES

| | |
|---|---|
| BRETT VERNON, | CASE NO. CV 10-565 VBF (AJWx) |
| Plaintiff, | |
| vs. | [PROPOSED] JUDGMENT |
| CITY OF SANTA BARBARA, et al., | |
| Defendants. | |
| | Complaint Filed: January 7, 2010 |

///

///

///

1

GOOD CAUSE APPEARING and pursuant to this court's order entered on November 18, 2010, granting City Defendants' motion for summary judgment, the prevailing parties are Defendants City of Santa Barbara, Santa Barbara Police Department, Officer Eduardo Ruiz, and Officer Thomas Van Eyck.  Judgment is to be entered in favor of these Defendants, including costs.

IT IS SO ORDERED, ADJUDGED, AND DECREED.

DATED:   1-12-11                         _____
                                          HON. VALERIE BAKER FAIRBANK
                                          Judge, United States District Court